[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-14407
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 22, 2008
THOMAS K. KAHN
CLERK

D.C. Docket No. 07-00003-CR-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEROME GREGORY TURNQUEST,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(Ocrtober 22, 2008)**

Before TJOFLAT, BARKETT and PRYOR, Circuit Judges

PER CURIAM:

Wilson R. Smith, counsel for Jerome Gregory Turnquest, has filed a motion

to withdraw on appeal, supported by a brief prepared pursuant to Anders v.

California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Turnquest's conviction and sentence are **AFFIRMED**.